FBI

AO 442 (Rev. 11/11) Arrest Warrant

U.S. MARSHAL SERVICE
OCT 28 '26 AM10:14

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

FILED
NOV 04 2026
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

United States of America
v.
PAUL T. CROFT
*Defendant*

Case No. 1:26-CR-86
TRM/CHS

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* PAUL T. CROFT,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit wire fraud. 18 U.S.C. § 1349. Conspiracy to commit money laundering. 18 U.S.C. § 1956(h). Conspiracy to defraud the United States. 18 U.S.C. § 371.

Date: 10/27/2026

*Issuing officer's signature*

City and state: Chattanooga, TN

LEANNA R. WILSON, CLERK
*Printed name and title*

**Return**

This warrant was received on *(date)* 10-28-26, and the person was arrested on *(date)* 11-4-26
at *(city and state)* Chattanooga, TN.

Date: 11-4-26

*Arresting officer's signature*

Matthew Barnes / DUSM
*Printed name and title*

12036344

2774-1028-0072-J