U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Chattanooga
Date: 11/4/2026 Courtroom: 1B - Chattanooga

Initial Appearance: ☐ Complaint ☑ Indictment ☐ SSI ☐ Information ☐ Violation Petition ☐ Rule 5
Other Hearing: ☑ Arraignment ☐ Arraignment on SSI

**Case No.** 1:26-cr-86 **USA v.** Paul T. Croft

Present Before: HONORABLE Christopher H. Steger U.S. Magistrate Judge

| | | |
|---|---|---|
| Frank Dale | Joshua Adams | |
| Assistant U.S. Attorney | Attorney for Defendant<br>☐ Appt. ☑ Retd. ☐ Ltd. App. | US Probation Officer |
| Dana Bellamy | Digital Recording 1B | |
| Courtroom Deputy | Court Reporter / Digital Recording | Interpreter<br>☑ SWORN |

**PROCEEDINGS**:

- ☑ Financial affidavit executed
- Court Appointed: ☐ Federal Defender or ☐ CJA Attorney
- ☑ Deft. retained an attorney
- ☐ Deft. WAIVED appointment of an attorney
- ☑ Deft. advised of rights
- ☐ Deft. waived reading of Indictment/Information
- ☐ Indictment/Information Read
- ☑ Deft. pleads not guilty on counts 1-3
- ☐ Deft. entered no plea
- ☑ Not guilty plea entered by Court on defendant's behalf
- ☐ Deft. requested a Preliminary Examination
- ☐ Deft WAIVED the Rule 5 hearings
- ☐ Court UNSEALED case in its entirety
- ☐ Case REMAINS sealed
- ☐ Court UNSEALED case as to the defendant(s) at this proceeding

**DATES SET**:

Jury Trial: ____________
Final Pretrial Conf.: ____________
Detn Hrg: ____________
Preliminary Examination: ____________
Arraignment: ____________
Motion Hrg: ____________
Status Conf: ____________
Other Hrg: ____________
Revocation Hrg: Oral Motion to Unseal filed by the Government Granted.

**DEADLINES SET**:

Discovery Ddl: ____________
Reciprocal Discovery Ddl: ____________
Motion Cut-Off: ____________
Response Ddl: ____________
Plea Ddl: ____________
Other: ____________

BOND:

- ☐ Government moved for detention
- ☐ Dft WAIVED detention hrg. ☐ Detention hrg. set ☐ Detention hrg. held at Initial Appearance
- ☑ Deft. released on Conditions of Release
- ☑ Deft. remanded to the custody of the U.S. Marshal

I, Dana Bellamy, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

DCR File: 1-26-cr-86 20261104 141118 Court time: 3:08 to 3:37